UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| KIM MORGAN and ADEL AL, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> TRANSWORLD SYSTEMS INC., <br><br> Defendant. | Case No.: 17-cv-1420 <br><br> **STIPULATION OF DISMISSAL** <br><br> Hon. Lynn Adelman |

Plaintiffs Kim Morgan and Adel Al ("Plaintiffs"), by counsel, Ademi & O'Reilly, LLP, and Defendant Transworld Systems Inc. ("Defendant"), by counsel, Sessions, Fishman, Nathan & Israel, L.L.C., hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1), that all claims in this action against Defendant, are dismissed with prejudice and without costs to any party. No certified class presently exists in this case, no class is impacted by this dismissal, and therefore Rule 23(e) of the Federal Rules of Civil Procedure does not apply.

Respectfully submitted this 2nd day of March 2018.

| | |
|---|---|
| ADEMI & O'REILLY, LLP | SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC |
| /s/ Mark A. Eldridge <br> Shpetim Ademi (SBN 1021729) <br> John D. Blythin (SBN 1046105) <br> Mark A. Eldridge (SBN 1089944) <br> 3620 East Layton Avenue <br> Cudahy, WI 53110 <br> Tel: (414) 482-8000 <br> Fax: (414) 482-8001 <br> E-mail: meldridge@ademilaw.com <br> *Attorneys for Plaintiff* | /s/ Daniel W. Pisani <br> Daniel W. Pisani <br> 120 South LaSalle Street, Suite 1960 <br> Chicago, Illinois 60603 <br> Tel: 312-578-0990 <br> Fax: 312-578-0991 <br> Email: dpisani@sessions.legal <br> *Attorneys for Defendant* |